UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

AIDA SEHIC COYNE,

                                   Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION; CARMEN FARINA, as Chancellor of
the New York City Department of Education and
individually; LAKISHA MCDANIEL-LUKE, as
Principal of I.S. 143 and individually; PATRICIA GIL,
as Assistant Principal of I.S. 143 and individually;
SOPHIA MATOS, as Assistant Principal of I.S. 143 and
individually,

                                   Defendants.
------------------------------------------------------------------------ x

**NOTICE OF DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT**

18 Civ. 01471

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Shawna C. MacLeod, dated June 18, 2018, and the accompanying Memorandum of Law, dated June 18, 2018, and upon all the papers and proceedings previously had herein, defendants New York City Department of Education, Carmen Farina, La Kisha McDaniel-Luke, Patricia Gil, and Sophia Matos will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, before the Honorable Katherine B. Forrest, United States District Judge, at a time and date to be designated by the Court, or as soon thereafter as counsel may be heard, dismissing the Complaint in part pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that certain claims fail to state a claim upon which relief may be granted, or are barred as a matter of law.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of these moving papers (on or before July 2, 2018), and any reply affidavits and

memoranda of law shall be served within seven days after service of the answering papers (on or before July 9, 2018).

                                **ZACHARY W. CARTER**
                                Corporation Counsel of the
                                   City of New York
                                Attorney for Defendants
                                100 Church Street, Room 2-111
                                New York, New York 10007
                                (212) 356-3187
                                smacleod@law.nyc.gov

                    By:    /s/ *Shawna C. MacLeod*
                              Shawna C. MacLeod
                              Assistant Corporation Counsel

TO:    Bryan D. Glass, Esq. (via ECF)